1   DANIEL G. BOGDEN, ESQUIRE
United States Attorney
2   District of Nevada
Lloyd D. George Federal Courthouse
3   333 Las Vegas Boulevard, South
Suite 5000
4   Las Vegas, Nevada 89101
(702) 388-6336
5
RICK WATSON
6   Trial Attorney, Tax Division
U.S. Department of Justice
7   P.O. Box 683
Ben Franklin Station
8   Washington, D.C.  20044-0683
Telephone: (202) 353-0300
9   Fascimile: (202) 307-0054
E-mail: rickey.watson@usdoj.gov
10         Western.taxcivil@usdoj.gov

11   Attorneys for Defendant United States of America

12
IN THE UNITED STATES DISTRICT COURT FOR THE
13
DISTRICT OF NEVADA
14

15   JAMES A. KAY,                                    )
                                                      )   Civil No. 2: 11-cv-421-KJD-NJK
16                    Plaintiff,                       )
                                                      )
17             v.                                      )   ORDER
                                                      )
18   UNITED STATES OF AMERICA; DOE                     )
     INDIVIDUALS 1 through 10; and ROE                 )
19   CORPORATIONS 11 through 20,                       )
     11 – 20;                                          )
20                                                     )
                      Defendants.                      )
21                                                     )
     _____ )
22

23        Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the above-

24   captioned case is dismissed with prejudice.  Each party shall be responsible for its own costs of litigation,

25   to include attorney fees.

26

27

28

1

2      Dated _____9 / 9_____, 2013.

3

4

5      _____

       UNITED STATES DISTRICT COURT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -